ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| T.B. Penick & Sons, Inc. ) | ASBCA No. 60548 |
| ) | |
| Under Contract No. N62473-10-D-5412 ) | |

APPEARANCES FOR THE APPELLANT:     Robert J. Marks, Esq.
                                   Richard J. Pinto, Esq.
                                     Marks, Golia & Pinto, LLP
                                   San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Russell A. Shultis, Esq.
                                   Rachel J. Goldstein, Esq.
                                   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. By Order dated May 15, 2019, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board received no objection from either party. The appeal is dismissed with prejudice.

Dated: June 11, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60548, Appeal of T.B. Penick & Sons, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals